IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIE ANN ROGERS,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| **TRANS UNION, LLC, et al.,** : | |
| : | NO. 15-5748 |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 1st day of March, 2016, following a telephone status conference with counsel for all parties, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall file an amended complaint within seven (7) days of the date of this Order.

2. All proceedings shall be **STAYED** for sixty (60) days following the filing of the plaintiff's amended complaint.

BY THE COURT

*s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.